| Company | Division | Department | Clock Number | Social Security Number | FW | ST | Company Name and Address |
|---|---|---|---|---|---|---|---|
| 2764 | 01 | 0700 | | XXX-XX-0555 | - M 00 | - M 00 | PURITAN FINANCIAL COMPANIES IN<br>16801 ADDISON RD. STE 400<br>ADDISON, TX 75001 |
| Period Start | Period Ending | Check Date | | | | | |
| OCT 16,2010 | OCT 22,2010 | OCT 22,2010 | | | | | |

### EARNINGS

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REGULAR | 40.00 | 15.0000 | 600.00 |
| BONUS | | | 10.00 |
| G T L   N | | | 1.06 |

### TAXES

| Description | Amount |
|---|---|
| FICA | 34.20 |
| MEDFICA | 8.00 |
| FED WTH | 32.58 |

### DEDUCTIONS

| Description | Amount |
|---|---|
| MED 125 | 47.07 |
| DEN 125 | 12.39 |
| MISC | 10.00 |

### YEAR TO DATE

| Description | Amount |
|---|---|
| GROSS | 27557.13 |
| G T L | 29.68 |
| FICA | 1564.65 |
| MEDFICA | 365.93 |
| FED WTH | 1639.71 |
| MED 125 | 1872.57 |
| DEN 125 | 477.99 |
| ADVANCE | 500.00 |
| MISC | 30.00 |
| VAC BAL | 1.33 |

| Totals | 40.00 | | 610.00 | | 74.78 | | 69.46 | Voucher Number 0004368 | Net Pay ******465.76 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

URITAN FINANCIAL COMPANIES IN
6801 ADDISON RD. STE 400
DDISON, TX 75001

DIRECT DEPOSIT - NON NEGOTIABLE

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
0

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| OCT 22,2010 | 0004368 |

Bank T/R# 111900659   Account# xxxxxxxxxx1746

DEPOSIT AMOUNT
465.76 NET PAY

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2764 | 01 | 0700 | | xxx-xx-0555 | | PURITAN FINANCIAL COMPANIES IN 16801 ADDISON RD. STE 400 ADDISON, TX 75001 | | | |
| OCT 23, 2010 | | OCT 29, 2010 | OCT 29, 2010 | M 00 / M 00 | | | | | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 15.0000 | 600.00 | FICA | 34.20 | MED 125 | 47.07 | GROSS | 28167.13 |
| BONUS | | | 10.00 | MEDFICA | 7.99 | DEN 125 | 12.39 | G T L | 30.74 |
| G T L  N | | | 1.06 | FED WTH | 32.58 | MISC | 10.00 | FICA | 1598.85 |
| | | | | | | | | MEDFICA | 373.92 |
| | | | | | | | | FED WTH | 1672.29 |
| | | | | | | | | MED 125 | 1919.64 |
| | | | | | | | | DEN 125 | 490.38 |
| | | | | | | | | ADVANCE | 500.00 |
| | | | | | | | | MISC | 40.00 |
| | | | | | | | | VAC BAL | 1.33 |
| Totals | 40.00 | | 610.00 | | 74.77 | | 69.46 | Voucher 0004427 | Net Pay ******465.77 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| OCT 29, 2010 | 0004427 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R# 111900659    Account# xxxxxxxxxx1746

**DEPOSIT AMOUNT**
465.77 NET PAY

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
0

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| Company | Division | Department | Check Number | Social Security Number | | |
|---|---|---|---|---|---|---|
| 2764 | 01 | 0700 | | XXX-XX-0555 | | |
| Period Start | | Period Ending | | Check Date | FW - M 00 | |
| OCT 30, 2010 | | NOV 5, 2010 | | NOV 5, 2010 | ST - M 00 | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 40.00 | 15.0000 | 600.00 | FICA | 46.60 | MED 125 | 47.07 | GROSS | 28977.13 |
| BONUS | | | 210.00 | MEDFICA | 10.90 | DEN 125 | 12.39 | G T L | 31.80 |
| G T L | N | | 1.06 | FED WTH | 62.58 | | | FICA | 1645.45 |
| | | | | | | | | MEDFICA | 384.82 |
| | | | | | | | | FED WTH | 1734.87 |
| | | | | | | | | MED 125 | 1966.71 |
| | | | | | | | | DEN 125 | 502.77 |
| | | | | | | | | ADVANCE | 500.00 |
| | | | | | | | | MISC | 40.00 |
| | | | | | | | | VAC BAL | 1.33 |

| Totals | 40.00 | | 810.00 | | 120.08 | | 59.46 | Voucher Number 0004486 | Net Pay ******630.46 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

**DIRECT DEPOSIT - NON NEGOTIABLE**

DEPOSIT DATE: NOV 5, 2010
VOUCHER NO.: 0004486

Bank T/R# 111900659  Account# xxxxxxxxx1746

DEPOSIT AMOUNT
630.46 NET PAY

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
0

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

| Company | Division | Department | Clock Number | Social Security Number | | Company Name and Address |
|---|---|---|---|---|---|---|
| 2764 | 01 | 0700 | | XXX-XX-0555 | | PURITAN FINANCIAL COMPANIES IN |
| Period Start | | Period Ending | Check Date | FW = M 00 | | 16801 ADDISON RD. STE 400 |
| NOV 6,2010 | | NOV 12,2010 | NOV 12,2010 | ST = M 00 | | ADDISON, TX 75001 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 15.0000 | 600.00 |
| G T L  N | | | 1.06 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 33.58 |
| MEDFICA | 7.86 |
| FED WTH | 31.08 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| MED 125 | 47.07 |
| DEN 125 | 12.39 |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 29577.13 |
| G T L | 32.86 |
| FICA | 1679.03 |
| MEDFICA | 392.68 |
| FED WTH | 1765.95 |
| MED 125 | 2013.78 |
| DEN 125 | 515.16 |
| ADVANCE | 500.00 |
| MISC | 40.00 |
| VAC BAL | 1.33 |

| Totals | 40.00 | | 600.00 | | 72.52 | | 59.46 | Voucher Number 0004543 | Net Pay ******468.02 |
|---|---|---|---|---|---|---|---|---|---|

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| NOV 12,2010 | 0004543 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#    Account#
111900659   xxxxxxxxxx1746

**DEPOSIT AMOUNT**
468.02 NET PAY

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
0

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

**PURITAN FINANCIAL COMPANIES IN**
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| Company | Division | Department | Clock Number | Social Security Number |
|---|---|---|---|---|
| 2764 | 01 | 0700 | | xxx-xx-0555 |

| Period Start | Period Ending | Check Date | FW | ST |
|---|---|---|---|---|
| NOV 13, 2010 | NOV 19, 2010 | NOV 19, 2010 | M 00 | M 00 |

### EARNINGS

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REGULAR | 40.00 | 15.0000 | 600.00 |
| G T L  N | | | 1.06 |

### TAXES

| Description | Amount |
|---|---|
| FICA | 33.57 |
| MEDFICA | 7.85 |
| FED WTH | 31.08 |

### DEDUCTIONS

| Description | Amount |
|---|---|
| MED 125 | 47.07 |
| DEN 125 | 12.39 |

### YEAR TO DATE

| Description | Amount |
|---|---|
| GROSS | 30177.13 |
| G T L | 33.92 |
| FICA | 1712.60 |
| MEDFICA | 400.53 |
| FED WTH | 1797.03 |
| MED 125 | 2060.85 |
| DEN 125 | 527.55 |
| ADVANCE | 500.00 |
| MISC | 40.00 |
| VAC BAL | 1.33 |

| Totals | 40.00 | | 600.00 | | 72.50 | | 59.46 | Voucher Number 0004601 | Net Pay ******468.04 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| NOV 19, 2010 | 0004601 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#  Account#
111900659  xxxxxxxxxx1746

**DEPOSIT AMOUNT**
468.04 NET PAY

**CONCEPCION J. HOWARD**
1324 HALL LANE
SEAGOVILLE, TX 75159
0

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING, BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

**PURITAN FINANCIAL COMPANIES IN**
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| Company | Division | Department | Clock Number | Social Security Number | | |
|---|---|---|---|---|---|---|
| 2764 | 01 | 0700 | | XXX-XX-0555 | | |
| Period Start | Period Ending | Check Date | | | | |
| NOV 20, 2010 | NOV 26, 2010 | NOV 26, 2010 | FW - M 00 / ST - M 00 | | | |

### EARNINGS

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REGULAR | 40.00 | 15.0000 | 600.00 |
| BONUS | | | 30.00 |
| G T L   N | | | 1.06 |

### TAXES

| Description | Amount |
|---|---|
| FICA | 35.44 |
| MEDFICA | 8.29 |
| FED WTH | 35.58 |

### DEDUCTIONS

| Description | Amount |
|---|---|
| MED 125 | 47.07 |
| DEN 125 | 12.39 |
| MISC | 30.00 |

### YEAR TO DATE

| Description | Amount |
|---|---|
| GROSS | 30807.13 |
| G T L | 34.98 |
| FICA | 1748.04 |
| MEDFICA | 408.82 |
| FED WTH | 1832.61 |
| MED 125 | 2107.92 |
| DEN 125 | 539.94 |
| ADVANCE | 500.00 |
| MISC | 70.00 |
| VAC BAL | 1.33 |

| Totals | 40.00 | 630.00 | 79.31 | 89.46 | Voucher Number 0004660 | Net Pay ******461.23 |
|---|---|---|---|---|---|---|

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

---

**PURITAN FINANCIAL COMPANIES IN**
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| NOV 26, 2010 | 0004660 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#     Account#
111900659    xxxxxxxxxx1746

**DEPOSIT AMOUNT**
461.23 NET PAY

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
 0

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | | | | Company Name and Address |
|---|---|---|---|---|---|
| 0137 | CONCEPCION J. HOWARD | | | | PURITAN FINANCIAL COMPANIES IN |
| Company | Division | Department | Clock Number | Social Security Number | 16801 ADDISON RD. STE 400 |
| 2764 | 01 | 0700 | | XXX-XX-0555 | ADDISON, TX 75001 |
| Period Start | Period Ending | | Check Date | FW - M 00 | |
| DEC 18, 2010 | DEC 24, 2010 | | DEC 24, 2010 | ST - M 00 | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 23.95 | 15.0000 | 359.25 | FICA | 19.90 | MED 125 | 47.07 | GROSS | 33198.18 |
| BONUS | | | 20.00 | MEDFICA | 4.65 | DEN 125 | 12.39 | G T L | 39.22 |
| G T L N | | | 1.06 | FED WTH | 5.54 | MISC | 20.00 | FICA | 1881.81 |
| | | | | | | | | MEDFICA | 440.10 |
| | | | | | | | | FED WTH | 1963.16 |
| | | | | | | | | MED 125 | 2296.20 |
| | | | | | | | | DEN 125 | 589.50 |
| | | | | | | | | ADVANCE | 500.00 |
| | | | | | | | | MISC | 90.00 |

| Totals | 23.95 | | 379.25 | | 30.09 | | 79.46 | Voucher Number 0004911 | Net Pay ******269.70 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| DEC 24, 2010 | 0004911 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#
111900659   xxxxxxxxxx1746

DEPOSIT AMOUNT
269.70 NET PAY

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
0

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

| File Number | Employee Name | | | Social Security Number | Company Name and Address |
|---|---|---|---|---|---|
| 0137 | CONCEPCION J. HOWARD | | | XXX-XX-0555 | PURITAN FINANCIAL COMPANIES IN |
| | Dept | | Check Number | | 16801 ADDISON RD. STE 400 |
| 2704 01 | 0700 | | | | ADDISON, TX 75001 |
| Period Begin | Period End | | Check Date | | |
| DEC 25,2010 | DEC 31,2010 | | DEC 31,2010 | M 00 / M 00 | |

### EARNINGS

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REGULAR | 24.00 | 15.0000 | 360.00 |
| HOLIDAY | 16.00 | 15.0000 | 240.00 |
| G T L N | | | 1.06 |

### TAXES

| Description | Amount |
|---|---|
| FICA | 33.57 |
| MEDFICA | 7.85 |
| FED WTH | 31.08 |

### DEDUCTIONS

| Description | Amount |
|---|---|
| MED 125 | 47.07 |
| DEN 125 | 12.39 |

### YEAR TO DATE

| Description | Amount |
|---|---|
| GROSS | 31795.10 |
| G T L | 40.28 |
| FICA | 1915.38 |
| MEDFICA | 447.85 |
| FED WTH | 1991.28 |
| MED 125 | 2345.27 |
| DEN 125 | 591.60 |
| ADVANCE | 500.00 |
| MISC | 90.00 |

| Totals | 40.00 | | 600.00 | | 72.50 | | 59.46 | Voucher Number 0004975 | Net Pay ******468.04 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| DEC 31,2010 | 0004975 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R# 111900659  Account# xxxxxxxxx1746   **DEPOSIT AMOUNT** 468.04 NET PAY

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
0

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

| File Number | Employee Name | | | | Company Name and Address |
|---|---|---|---|---|---|
| 0137 | CONCEPCION J. HOWARD | | | | PURITAN FINANCIAL COMPANIES IN |
| Company | Division | Department | Clock Number | Social Security Number | 16801 ADDISON RD. STE 400 |
| 2764 | 01 | 0700 | | XXX-XX-0555 | ADDISON, TX 75001 |
| Period Start | Period Ending | Check Date | FW - M 00 | | |
| JAN 8,2011 | JAN 14,2011 | JAN 14,2011 | ST - M 00 | | |

### EARNINGS / TAXES / DEDUCTIONS / YEAR TO DATE

| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 15.0000 | 600.00 | FICA | 22.74 | MED 125 | 47.07 | GROSS | 1200.00 |
| G T L | N | | 1.06 | MEDFICA | 7.86 | DEN 125 | 12.39 | G T L | 2.12 |
| | | | | FED WTH | 41.95 | | | FICA | 45.49 |
| | | | | | | | | MEDFICA | 15.71 |
| | | | | | | | | FED WTH | 83.90 |
| | | | | | | | | MED 125 | 94.14 |
| | | | | | | | | DEN 125 | 24.78 |
| | | | | | | | | SICKBAL | 24.00 |
| | | | | | | | | VAC BAL | 64.00 |
| | | | | | | | | PERSBAL | 16.00 |

| Totals | 40.00 | | 600.00 | | 72.55 | | 59.46 | Voucher Number 0005098 | Net Pay ******467.99 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

---

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JAN 14,2011 | 0005098 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#  Account#
111900659  xxxxxxxxxx1746

**DEPOSIT AMOUNT**
467.99 NET PAY

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
0

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

| File Number | Employee Name | | | | Company Name and Address |
|---|---|---|---|---|---|
| 0137 | CONCEPCION J. HOWARD | | | | PURITAN FINANCIAL COMPANIES IN |
| Customer / Division | Department | Clock Number | Social Security Number | | 16801 ADDISON RD. STE 400 |
| 2764  01 | 0700 | | XXX-XX-0555 | | ADDISON, TX 75001 |
| Period Begin | Period Ending | Check Date | FED - M 00 | | |
| JAN 15, 2011 | JAN 21, 2011 | JAN 21, 2011 | ST - M 00 | | |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 15.0000 | 600.00 |
| G T L   N | | | 1.06 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 22.75 |
| MEDFICA | 7.85 |
| FED WTH | 41.95 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| MED 125 | 47.07 |
| DEN 125 | 12.39 |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 1800.00 |
| G T L | 3.18 |
| FICA | 68.24 |
| MEDFICA | 23.56 |
| FED WTH | 125.85 |
| MED 125 | 141.21 |
| DEN 125 | 37.17 |
| SICKBAL | 24.00 |
| VAC BAL | 64.00 |
| PERSBAL | 16.00 |

| Totals | 40.00 | | 600.00 | 72.55 | 59.46 | Voucher Number 0005159 | Net Pay ******467.99 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JAN 21, 2011 | 0005159 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#
111900659   xxxxxxxxxx1746

DEPOSIT AMOUNT
467.99 NET PAY

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
0

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | Company Name and Address |
|---|---|---|
| 0137 | CONCEPCION J. HOWARD | PURITAN FINANCIAL COMPANIES IN |
| Company 2764 Division 01 | Department 0700 | Check Number | Social Security Number XXX-XX-0555 | 16801 ADDISON RD. STE 400 ADDISON, TX 75001 |
| Period Start JAN 22, 2011 | Period Ending JAN 28, 2011 | Check Date JAN 28, 2011 | PV - M 00 at - M 00 | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 32.00 | 15.0000 | 480.00 | FICA | 23.17 | MED 125 | 47.07 | GROSS | 2410.00 |
| PERSNAL | 8.00 | 15.0000 | 120.00 | MEDFICA | 8.00 | DEN 125 | 12.39 | G T L | 4.24 |
| BONUS | | | 10.00 | FED WTH | 43.45 | MISC | 10.00 | FICA | 91.41 |
| G T L  N | | | 1.06 | | | PERSBAL | 8.00 | MEDFICA | 31.56 |
| | | | | | | | | FED WTH | 169.30 |
| | | | | | | | | MED 125 | 188.28 |
| | | | | | | | | DEN 125 | 49.56 |
| | | | | | | | | MISC | 10.00 |
| | | | | | | | | SICKBAL | 24.00 |
| | | | | | | | | VAC BAL | 64.00 |
| | | | | | | | | PERSBAL | 8.00 |
| **Totals** | **40.00** | | **610.00** | | **74.62** | | **69.46** | Voucher Number 0005219 | Net Pay ******465.92 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JAN 28, 2011 | 0005219 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#
111900659   xxxxxxxxxx1746

**DEPOSIT AMOUNT**
465.92 NET PAY

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
0

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | | | Social Security Number | Company Name and Address |
|---|---|---|---|---|---|
| 0137 | CONCEPCION J. HOWARD | | | XXX-XX-0555 | PURITAN FINANCIAL COMPANIES IN |
| 2764 01 | 0700 | | | FW - M 00 / ST - M 00 | 16801 ADDISON RD. STE 400 |
| JAN 29, 2011 | FEB 4, 2011 | FEB 4, 2011 | | | ADDISON, TX 75001 |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 40.00 | 15.0000 | 600.00 | FICA | 22.75 | MED 125 | 47.07 | GROSS | 3010.00 |
| G T L | N | | 1.06 | MEDFICA | 7.85 | DEN 125 | 12.39 | G T L | 5.30 |
| | | | | FED WTH | 41.95 | | | FICA | 114.16 |
| | | | | | | | | MEDFICA | 39.41 |
| | | | | | | | | FED WTH | 211.25 |
| | | | | | | | | MED 125 | 235.35 |
| | | | | | | | | DEN 125 | 61.95 |
| | | | | | | | | MISC | 10.00 |
| | | | | | | | | SICKBAL | 24.00 |
| | | | | | | | | VAC BAL | 64.00 |
| | | | | | | | | PERSBAL | 8.00 |

| Totals | 40.00 | | 600.00 | | 72.55 | | 59.46 | Voucher Number 0005275 | Net Pay *******467.99 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| FEB 4, 2011 | 0005275 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#  Account#
111900659  xxxxxxxxx1746

**DEPOSIT AMOUNT**
467.99 NET PAY

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
0

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | | | | Company Name and Address |
|---|---|---|---|---|---|
| 0137 | CONCEPCION J. HOWARD | | | | PURITAN FINANCIAL COMPANIES IN |
| 2704  01 | 0700 | | XXX-XX-0555 | | 16801 ADDISON RD. STE 400 |
| FEB 5, 2011 | FEB 11, 2011 | FEB 11, 2011 | | | ADDISON, TX 75001 |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 40.00 | 15.0000 | 600.00 | FICA | 22.74 | MED 125 | 47.07 | GROSS | 3610.00 |
| G T L | N | | 1.06 | MEDFICA | 7.85 | DEN 126 | 12.39 | G T L | 6.36 |
| | | | | FED WTH | 41.95 | | | FICA | 136.90 |
| | | | | | | | | MEDFICA | 47.26 |
| | | | | | | | | FED WTH | 253.20 |
| | | | | | | | | MED 125 | 282.42 |
| | | | | | | | | DEN 125 | 74.34 |
| | | | | | | | | MISC | 10.00 |
| | | | | | | | | SICKBAL | 24.00 |
| | | | | | | | | VAC BAL | 64.00 |
| | | | | | | | | PERSBAL | 8.00 |
| **Totals** | 40.00 | | 600.00 | | 72.54 | | 59.46 | Voucher Number 0005333 | Net Pay *******468.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| FEB 11, 2011 | 0005333 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#  Account#               DEPOSIT AMOUNT
111900659  xxxxxxxxxx1746         468.00 NET PAY

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
0

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| Number | Employee Name | | | Company Name and Address |
|---|---|---|---|---|
| 0137 | CONCEPCION J. HOWARD | | | PURITAN FINANCIAL COMPANIES IN |
| Company 2764 | Division 01 | Department 0700 | Clock Number | 16801 ADDISON RD. STE 400 |
| | | | Social Security Number XXX-XX-0555 | ADDISON, TX 75001 |
| Period Start FEB 12,2011 | Period Ending FEB 18,2011 | Check Date FEB 18,2011 | FW - M 00 ST - M 00 | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 43.41 | 15.0000 | 651.15 | FICA | 24.90 | MED 125 | 47.07 | GROSS | 4261.15 |
| G T L | N | | 1.06 | MEDFICA | 8.60 | DEN 125 | 12.39 | G T L | 7.42 |
| | | | | FED WTH | 49.62 | | | FICA | 161.80 |
| | | | | | | | | MEDFICA | 55.86 |
| | | | | | | | | FED WTH | 302.82 |
| | | | | | | | | MED 125 | 329.49 |
| | | | | | | | | DEN 125 | 86.73 |
| | | | | | | | | MISC | 10.00 |
| | | | | | | | | SICKBAL | 24.00 |
| | | | | | | | | VAC BAL | 64.00 |
| | | | | | | | | PERSBAL | 8.00 |

| Totals | 43.41 | 651.15 | 83.12 | 59.46 | Voucher Number 0005388 | Net Pay ******508.57 |
|---|---|---|---|---|---|---|

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| FEB 18,2011 | 0005388 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#  Account#
111900659  xxxxxxxxxx1746

DEPOSIT AMOUNT
508.57 NET PAY

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
0

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



**Employee:** CONCEPCION J. HOWARD
**File Number:** 0137
**SSN:** XXX-XX-0565
**Period Start:** FEB 19, 2011
**Period Ending:** FEB 25, 2011
**Check Date:** FEB 25, 2011

**Company:** PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

### Earnings
| Description | Hours | Rate | Amount |
|---|---|---|---|
| REGULAR | 40.00 | 15.0000 | 600.00 |
| G T L  N | | | 1.06 |

### Taxes
| Description | Amount |
|---|---|
| FICA | 22.75 |
| MEDFICA | 7.85 |
| FED WTH | 41.95 |

### Deductions
| Description | Amount |
|---|---|
| MED 125 | 47.07 |
| DEN 125 | 12.39 |

### Year To Date
| Description | Amount |
|---|---|
| GROSS | 4861.15 |
| G T L | 8.48 |
| FICA | 184.55 |
| MEDFICA | 63.71 |
| FED WTH | 344.77 |
| MED 125 | 376.56 |
| DEN 125 | 99.12 |
| MISC | 10.00 |
| SICKBAL | 24.00 |
| VAC BAL | 64.00 |
| PERSBAL | 8.00 |

**Totals:** 40.00 | 600.00 | 72.55 | 59.46
**Voucher Number:** 0005443
**Net Pay:** ******467.99

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

**DEPOSIT DATE:** FEB 25, 2011
**VOUCHER NO.:** 0005443

### DIRECT DEPOSIT - NON NEGOTIABLE

Bank T/R# 111900659
Account# xxxxxxxxx1746
DEPOSIT AMOUNT: 467.99 NET PAY

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
0

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | | | | | Company Name and Address |
|---|---|---|---|---|---|---|
| 0137 | CONCEPCION J. HOWARD | | | | | PURITAN FINANCIAL COMPANIES IN |
| Company 2764 | Division 01 | Department 0700 | Check Number | Social Security Number XXX-XX-0555 | | 16801 ADDISON RD. STE 400 ADDISON, TX 75001 |
| Period Start FEB 26, 2011 | | Period Ending MAR 4, 2011 | Check Date MAR 4, 2011 | FW - M 00 ST - M 00 | | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 40.00 | 15.0000 | 600.00 | FICA | 22.74 | MED 125 | 47.07 | GROSS | 5461.15 |
| G T L | N | | 1.06 | MEDFICA | 7.86 | DEN 125 | 12.39 | G T L | 9.54 |
| | | | | FED WTH | 41.95 | | | FICA | 207.29 |
| | | | | | | | | MEDFICA | 71.57 |
| | | | | | | | | FED WTH | 386.72 |
| | | | | | | | | MED 125 | 423.63 |
| | | | | | | | | DEN 125 | 111.51 |
| | | | | | | | | MISC | 10.00 |
| | | | | | | | | SICKBAL | 24.00 |
| | | | | | | | | VAC BAL | 64.00 |
| | | | | | | | | PERSBAL | 8.00 |

| Totals | 40.00 | | 600.00 | | 72.55 | | 59.46 | Voucher Number 0005500 | Net Pay ******467.99 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAR 4, 2011 | 0005500 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
0

Bank T/R# 111900659   Account# xxxxxxxxx1746

DEPOSIT AMOUNT
467.99 NET PAY

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



**File Number:** 0137
**Employee Name:** CONCEPCION J. HOWARD
**Company:** 2764 **Division:** 01
**Department:** 0700
**Social Security Number:** XXX-XX-0555
**Posted Start:** MAR 5, 2011
**Posted Ending:** MAR 11, 2011
**Check Date:** MAR 11, 2011
**FW-M 00 / ST-M 00**

**Company Name and Address:**
PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

### EARNINGS
| Description | Hours | Rate | Amount |
|---|---|---|---|
| REGULAR | 40.00 | 15.0000 | 600.00 |
| G T L   N | | | 1.06 |

### TAXES
| Description | Amount |
|---|---|
| FICA | 22.75 |
| MEDFICA | 7.85 |
| FED WTH | 41.95 |

### DEDUCTIONS
| Description | Amount |
|---|---|
| MED 125 | 47.07 |
| DEN 125 | 12.39 |

### YEAR TO DATE
| Description | Amount |
|---|---|
| GROSS | 6061.15 |
| G T L | 10.60 |
| FICA | 230.04 |
| MEDFICA | 79.42 |
| FED WTH | 428.67 |
| MED 125 | 470.70 |
| DEN 125 | 123.90 |
| MISC | 10.00 |
| SICKBAL | 24.00 |
| VAC BAL | 64.00 |
| PERSBAL | 8.00 |

**Totals:** 40.00   600.00   72.55   59.46   **Voucher Number:** 0005553   **Net Pay:** ******467.99

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

PURITAN FINANCIAL COMPANIES IN
16801 ADDISON RD. STE 400
ADDISON, TX 75001

**DEPOSIT DATE:** MAR 11, 2011
**VOUCHER NO.:** 0005553

## DIRECT DEPOSIT - NON NEGOTIABLE

CONCEPCION J. HOWARD
1324 HALL LANE
SEAGOVILLE, TX 75159
0

**Bank T/R#:** 111900659
**Account#:** xxxxxxxxx1746
**DEPOSIT AMOUNT:** 467.99 NET PAY

DOCUMENT CONTAINS GREEN PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**